UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FRANK LA MARCA; Michael Craft;   Case No. 2:11-cv-12703-PJD-RSW
Susan Craft; Beverly Craft; Susan Sefansky;
Amy Goldstein; Doug Carson and Joan Carson   Honorable Patrick J. Duggan

        Plaintiffs,

-vs-

DFCU FINANCIAL CREDIT UNION

        Defendant.
_____/

## STIPULATION TO ENTRY OF
## ORDER FOR DISMISSAL, WITHOUT PREJUDICE AND WITHOUT COSTS

The Parties, Plaintiffs, Frank LaMarca, Michael Craft, Susan Craft, Beverley Craft, Douglas Carson, Joan Carson, Amy Goldstein and Susan Sefansky, and Defendants, CUSO Financial Services, LP and DFCU Financial Credit Union, through their respective counsel, hereby stipulate to the entry of the Order For Dismissal, Without Prejudice And Without Costs.

Approved as to form and content:

| | |
|---|---|
| **/s/ with consent Jennifer L. Brant** | **/s/ with consent Emily C. Palacios** |
| Tishkoff & Associates, PLLC | Miller, Canfield, Paddock and Stone, P.L.C. |
| Jennifer L. Brant (P67753) | Emily C. Palacios (P64941) |
| Attorneys for Plaintiff | Attorneys for Defendant DFCU |
| 407 North Main Street | 101 North Main Street, 7th Floor |
| Ann Arbor, Michigan 48104-1127 | Ann Arbor, Michigan 48104 |
| (734) 663-4077 | (734) 663-2245 |
| jennifer@tishlaw.com | palacios@millercanfield.com |
| Date: **8/2/2011** | Date: **8/2/2011** |

**/s/ Eric S. Richards**
Eric S. Richards (P40338)
Mika Meyers Beckett & Jones PLC

{00744428 1 }1

Attorneys for Defendant CUSO Financial Services, L.P.
900 Monroe Avenue, NW
Grand Rapids, MI 49503
(616) 632-8000
erichards@mmbjlaw.com
Date: **8/2/2011**

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK LA MARCA; Michael Craft;      Case No. 2:11-cv-12703-PJD-RSW
Susan Craft; Beverly Craft; Susan Sefansky;
Amy Goldstein; Doug Carson and Joan Carson    Honorable Patrick J. Duggan

      Plaintiffs,

-vs-

DFCU FINANCIAL CREDIT UNION

      Defendant.
_____/

**ORDER FOR DISMISSAL, WITHOUT PREJUDICE AND WITHOUT COSTS**

    This matter having come before the Court on the stipulation of the Parties, through their respective counsel; and the Court being otherwise advised in the premises,

    IT IS ORDERED that the above-captioned action shall be, and hereby is, DISMISSED, without prejudice and without costs or attorney fees to the Parties.

              s/Patrick J. Duggan
              Patrick J. Duggan
              United States District Judge

Dated: August 3, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, August 03, 2011, by electronic and or ordinary mail.
              s/Marilyn Orem
              Case Manager